# Exhibit A

Abrahamsen, Conaboy & Abrahamsen, P.C.
Edwin A. Abrahamsen, Jr., Esquire
Attorney ID: 92851
255 East Grove Street, 2nd Floor
Clarks Summit, PA 18411
570-348-0200
570-348-0273 (fax)
cabrahamsen@law-aca.com

| | | |
|---|---|---|
| TIFFANY GRECO<br>507 Pittston Avenue<br>Scranton, PA 18505<br><br>Plaintiff<br><br>vs<br><br>AMERICAN AIRLINES<br>1 Skyview Drive<br>Fort Worth, TX 76155<br><br>Defendant | : : : : : : : : : : : : : | IN THE COURT OF COMMON PLEAS<br>OF LUZERNE COUNTY<br><br>CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED<br><br><br>NO.: 2025-13390 |

## NOTICE

**YOU HAVE BEEN SUED IN COURT.** If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

**North Penn Legal Services, Inc.**
33 N. Main Street, Suite 200
Pittston, PA 18640
570-299-4100
877-953-4250

**Lawyer Referral Service**
Pennsylvania Bar Assoc.
P.O. Box 186
Harrisburg, PA 17108
800-692-7375

Abrahamsen, Conaboy & Abrahamsen, P.C.
Edwin A. Abrahamsen, Jr., Esquire
Attorney ID: 92851
255 East Grove Street, 2nd Floor
Clarks Summit, PA 18411
570-348-0200
570-348-0273 (fax)
cabrahamsen@law-aca.com

| | |
|---|---|
| TIFFANY GRECO<br>507 Pittston Avenue<br>Scranton, PA 18505<br><br>Plaintiff<br><br>vs<br><br>AMERICAN AIRLINES<br>1 Skyview Drive<br>Fort Worth, TX 76155<br><br>Defendant | IN THE COURT OF COMMON PLEAS<br>OF LUZERNE COUNTY<br><br>CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED<br><br><br><br>NO.: 2025-13390 |

## COMPLAINT

AND NOW comes the Plaintiff, Tiffany Greco, by and through her attorney, Edwin A. Abrahamsen, Esquire, of Abrahamsen, Conaboy & Abrahamsen, P.C., and hereby complains of the above-referenced Defendant as follows:

1. The Plaintiff, Tiffany Greco, is an adult and competent individual who currently resides at 507 Pittston Avenue, Scranton, Lackawanna County, Pennsylvania.

2. The Defendant, American Airlines, upon information and belief, is an airline duly licensed to do business in the Commonwealth of Pennsylvania, which regularly transacts business in Luzerne County, Pennsylvania, and has a principal place of business located at 1 Skyview Drive Fort Worth, Tarrant County, Texas.

3. At all times relevant, Defendant held itself out to the public as a provider of safe, reliable transportation and owed Plaintiff the highest duty of care owed by a common carrier under

applicable law.

4. The Defendant, American Airlines, as part of its business, operated a bus company and is a common carrier engaged in the business of transporting passengers for hire.

5. On or about August 28, 2024, the Plaintiff, Tiffany Greco, was a passenger on an American Airlines bus on Pennsylvania Turnpike Interstate 476 in Pittston, Pennsylvania when the bus hit a large obstruction and caused Plaintiff to be thrown from her seat, striking her head on the ceiling of the bus and sustaining a concussion and neck injury.

6. At the time of this incident on August 28, 2024, Plaintiff was a fare-paying passenger aboard the bus owned by the Defendant.

7. The excessive and unusual jerking and jolt was not a normal incident of bus travel, but was a result of the Defendant's negligent operation, control and/or maintenance of its vehicle.

## COUNT I - NEGLIGENCE

8. The Plaintiff incorporates by reference the allegations contained in Paragraphs 1 though 7 of the Complaint as though the same were set forth herein at length.

9. As a common carrier, Defendant, owed Plaintiff the highest degree of care practicable under the circumstances including the duty to operate, maintain and control its buses safely so as to avoid unnecessary danger to passengers.

10. The negligence and carelessness of the Defendant, American Airlines, consisted of the following:

   (a) in failing to keep his motor vehicle under proper and adequate control;

   (b) in failing to operate a motor vehicle with due regard for the rights and safety of the Plaintiff herein;

   (c) in failing to maintain a proper and adequate lookout for other vehicles;

  (d)  in traveling at an excessive rate of speed under the circumstances;

  (e)  in failing to abide by the traffic ordinances of Luzerne County and the Statutes of the Commonwealth of Pennsylvania;

  (f)  in failing to maintain a proper lookout for obstructions in the roadway;

  (g)  in failing to properly train and supervise its operator; and,

  (h)  in failing to adhere to safe operating practices.

11. The violent jerk and jolt experienced by the Plaintiff was of such unusual and extraordinary force that it would not have occurred absent negligence by the Defendant.

12. As a direct and proximate result of the negligence and carelessness of the Defendant, American Airlines, as hereinabove more particularly described, Plaintiff, Tiffany Greco, has suffered and continues to suffer serious and permanent injuries including but not limited to concussion and neck injury, as well as other various injuries, bruises and contusions about her body, all of which may be permanent in nature.

13. Furthermore, as a direct and proximate result of the above mentioned accident, the Plaintiff has been, or will be, obliged to receive and undergo medical attention and care and to expend various sums of money to pay expenses which have or may exceed the sum recoverable under the limits in 75 Pa. C.S.A. § 1711 and may be obliged to expend such sums or incur such expenditures for an indefinite time in the future.

14. As a direct and proximate result of the above-referenced accident, Plaintiff has suffered great physical pain and anguish, a severe shock to the nervous system, humiliation and embarrassment, loss of life's pleasures and disfigurement and may continue to suffer the same for an indefinite time in the future.

15. As a further result, Plaintiff was unable, and will be unable in the future to attend to

her usual daily activities and occupations, and has suffered a permanent impairment of his earning power, and loss of earnings, all to her detriment and loss.

WHEREFORE, the Plaintiff, Tiffany Greco, demands judgment against the Defendant, American Airlines, in an amount in excess of the jurisdictional limit regarding arbitration referral by local rule, plus interest and costs.

## COUNT I - NEGLIGENT HIRING, TRAINING AND SUPERVISION

16. The Plaintiff incorporates by reference the allegations contained in Paragraphs 1 though 15 of the Complaint as though the same were set forth herein at length.

17. Defendant had a duty to hire, train, supervise and retain competent operators capable of exercising the high degree of care required of common carriers.

18. Defendant breached this duty by failing to properly train and supervise its operators by permitting unsafe operating practices, and by failing to implement necessary safety policies.

19. The violent jerk and jolt experienced by the Plaintiff was of such unusual and extraordinary force that it would not have occurred absent negligence by the Defendant.

20. As a direct and proximate result of the negligence and carelessness of the Defendant, American Airlines, as hereinabove more particularly described, Plaintiff, Tiffany Greco, has suffered and continues to suffer serious and permanent injuries including but not limited to concussion and neck injury, as well as other various injuries, bruises and contusions about her body, all of which may be permanent in nature.

21. Furthermore, as a direct and proximate result of the above mentioned accident, the Plaintiff has been, or will be, obliged to receive and undergo medical attention and care and to expend various sums of money to pay expenses which have or may exceed the sum recoverable under the limits in 75 Pa. C.S.A. § 1711 and may be obliged to expend such sums or incur such

expenditures for an indefinite time in the future.

22. As a direct and proximate result of the above-referenced accident, Plaintiff has suffered great physical pain and anguish, a severe shock to the nervous system, humiliation and embarrassment, loss of life's pleasures and disfigurement and may continue to suffer the same for an indefinite time in the future.

23. As a further result, Plaintiff was unable, and will be unable in the future to attend to her usual daily activities and occupations, and has suffered a permanent impairment of his earning power, and loss of earnings, all to her detriment and loss.

WHEREFORE, the Plaintiff, Tiffany Greco, demands judgment against the Defendant, American Airlines, in an amount in excess of the jurisdictional limit regarding arbitration referral by local rule, plus interest and costs.

Respectfully Submitted,

Abrahamsen, Conaboy & Abrahamsen, P.C.

By: _____
Edwin A. Abrahamsen, Jr., Esquire
Attorney ID No.: 92851

255 East Grove Street, 2nd Floor
Clarks Summit, PA 18411
(570) 348-0200
cabrahamsen@law-aca.com

## VERIFICATION

I, TIFFANY GRECO, do hereby make this Verification and state that the statements made in the COMPLAINT are true and correct to the best of my knowledge, information and belief. I understand that false statements made therein are subject to the penalties of 18 Pa. CS. Section 4904 relating to unsworn falsification to authorities.

12/10/25  _____
Date          TIFFANY GRECO

Abrahamsen, Conaboy & Abrahamsen, P.C.
Edwin A. Abrahamsen, Jr., Esquire
Attorney ID: 92851
255 East Grove Street, 2nd Floor
Clarks Summit, PA 18411
570-348-0200
570-348-0273 (fax)
cabrahamsen@law-aca.com

| | | |
|---|---|---|
| TIFFANY GRECO<br>507 Pittston Avenue<br>Scranton, PA 18505<br><br>　　　　　Plaintiff<br><br>vs<br><br>AMERICAN AIRLINES<br>1 Skyview Drive<br>Fort Worth, TX 76155<br><br>　　　　　Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | IN THE COURT OF COMMON PLEAS<br>OF LUZERNE COUNTY<br><br>CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED<br><br><br><br>NO.: 2025-13390 |

## CERTIFICATE OF COMPLIANCE

I, Edwin A. Abrahamsen, Jr., Esquire, certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Respectfully Submitted,

Abrahamsen, Conaboy & Abrahamsen, P.C.

By: _____
Edwin A. Abrahamsen, Jr., Esquire
Attorney ID No.: 92851

255 East Grove Street, 2nd Floor
Clarks Summit, PA 18411
(570) 348-0200
cabrahamsen@law-aca.com

